Ex. C

| # | Personal Representative ||||| 9/11 Decedent |||||||| Claim Information ||| Pain & Suffering Damages ||| Economic Damages ||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Alfredo | | Bordenabe | | Krystine | | Bordenabe | | US | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1* | 5/1/2025 | N/A | $3,875,807.00 | N/A | |
| 2 | Kings County | | Public Administrator | | Rosemarie | | Carlson | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 7 | MDL ECF No. 10482 (granted at 10486) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24* | 5/1/2025 | N/A | $2,602,999.00 | N/A | |
| 3 | Patricia | | Fennelly | | Robert | | Caufield | | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 2 | MDL ECF No. 10874 (granted at 10878) | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | |
| 4 | Sunny | | Chiang | | Alexander | | Chiang | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 48* | 3/1/2025 | N/A | $1,263,550.00 | N/A | |
| 5 | Beth | | Schutte | | Patricia | A. | Cody | | US | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 3-4 | MDL ECF No. 9145 (granted at 9170) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 72* | 5/1/2025 | N/A | $3,743,961.00 | N/A | |
| 6 | Jacqueline | | Beard-Edwards | | Michael | | Edwards | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 95* | 12/1/2024 | N/A | $18,531,917.00 | N/A | |
| 7 | Veronica | | Morris | | Eileen | | Flecha | | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 3-4 | MDL ECF No. 7459 (granted at 7476) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 119* | 5/1/2025 | N/A | $705,030.00 | N/A | |
| 8 | Christine | | O'Reilly | | Howard | | Gelling | Jr. | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10843 (granted at 10848) | N/A | $2,000,000.00 | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 142* | 12/1/2024 | N/A | $7,632,538.00 | N/A | |
| 9 | Susan | | Fennell | | Edwin | J. | Graf | III | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 165* | 10/1/2024 | N/A | $2,646,041.00 | N/A | |
| 10 | Deborah | | Ivory | | Lacey | B. | Ivory | | US | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1* | 5/1/2025 | N/A | $2,601,106.00 | N/A | |
| 11 | Gregory | | Taylor | | Nehamon | | Lyons | | US | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 11 | MDL ECF No. 10843 (granted at 10848) | N/A | $2,000,000.00 | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 16* | 8/1/2021 | N/A | $1,047,068.00 | N/A | |
| 12 | Mary Lou | | Moss | | Brian | | Moss | | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 38* | 11/1/2024 | N/A | $2,359,001.00 | N/A | |
| 13 | Catherine | | Lyn-Shue | | Francisco | | Munoz | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 53* | 12/1/2024 | N/A | $2,204,230.00 | N/A | |
| 14 | Jean | | Oitice | | Samuel | | Oitice | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 7 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 76* | 4/1/2025 | N/A | $2,242,832.00 | N/A | |
| 15 | Tara | | Felice | | Glen | | Pettit | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 11 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 93* | 5/1/2025 | N/A | $2,272,808.00 | N/A | |
| 16 | Elias | | Rodriguez | | Mayra | V. | Rodriguez | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 13 | MDL ECF No. 8078 (granted at 8084) | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 111* | 5/1/2025 | N/A | $1,435,103.00 | N/A | |
| 17 | Mary | | Jelnek | | Vincent | | Slavin | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 135* | 12/1/2024 | N/A | $14,936,937.00 | N/A | |